**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADVANCED SOLUTION LLC, | Case No.: 2:26-cv-00958-APG-EJY |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| NEW HORIZON MEDICAL SOLUTIONS, LCC, | |
| Defendant | |

In light of plaintiff Advanced Solution LLC's response to the order to show cause (ECF No. 8),

I ORDER that the order to show cause (ECF No. 3) is satisfied and I will not dismiss this case for lack of subject matter jurisdiction at this time. However, the plaintiff remains responsible for establishing that subject matter jurisdiction exists before final judgment is entered.

DATED this 27th day of April, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE