# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ADVANCED SOLUTION LLC,

    Plaintiff

v.

NEW HORIZON MEDICAL SOLUTIONS, LCC,

    Defendant

Case No.: 2:26-cv-00958-APG-EJY

**Order Striking Defendant's Certificate of Interested Parties**

I ORDER that defendant New Horizon Medical Solutions, LLC's certificate of interested parties (ECF No. 12) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify New Horizon's citizenship for diversity purposes as required by that rule.  I remind New Horizon that because it is a limited liability company, it is "a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

I FURTHER ORDER defendant New Horizon Medical Solutions, LLC to file a proper certificate of interested parties by June 9, 2026.

DATED this 27th day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE