Robert T. Stewart (Nevada Bar No. 13770)
**FOLEY & LARDNER LLP**
95 South State Street, Suite 2500
Salt Lake City, Utah 84111
Tel: (801) 401-8900
Fax: (385) 799-7576
rtstewart@foley.com

*Attorneys for Plaintiff Advanced Solution LLC*

Adam Fulton (Nevada Bar No. 11572)
**JENNINGS & FULTON, LTD**
2580 Sorrel Street
Las Vegas, NV 89146
Phone: (702) 979-3565
Fax: (702) 362-2060
afulton@jfnvlaw.com

*Designated Nevada counsel only for Plaintiff pursuant to LR IA 11-1(b)(2)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADVANCED SOLUTION LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NEW HORIZON MEDICAL SOLUTIONS, LLC, <br><br> Defendant. | Case No. 2:26-cv-00958-APG-EJY <br><br> **JOINT STIPULATION TO EXTEND TIME TO FILE RESPONSES, MOTIONS, AND REPLIES** <br><br> **(First Request)** |
| NEW HORIZON MEDICAL SOLUTIONS, LLC, <br><br> Counterclaimant, <br><br> vs. <br><br> ADVANCED SOLUTION, LLC, <br><br> Counterdefendant. | |
| NEW HORIZON MEDICAL SOLUTIONS, LLC <br><br> Third Party Plaintiff, <br> vs. <br><br> OMEZA HOLDINGS, INC., <br><br> Third Party Defendant. | |

Pursuant to Local Rule IA 6-1, Plaintiff Advanced Solution LLC ("Advanced Solution") and Defendant New Horizon Medical Solutions, LLC ("New Horizon") (collectively, the "Parties") stipulate to extend filing deadlines as follows:

1.      On May 21, 2026, New Horizon filed its Answer, Counterclaim, and Third-Party Claim

(ECF No. 11) and Motion for Partial Dismissal (ECF No. 10).

2. Advanced Solution's deadline to file its response to New Horizon's Motion for Partial Dismissal is currently June 4, 2026.

3. Advanced Solution's deadline to respond to New Horizon's Answer, Counterclaim, and Third-Party Claim is currently June 11, 2026.

4. The Parties stipulate that Advanced Solution's new deadline to respond to New Horizon's Motion for Partial Dismissal should be extended to **June 18, 2026**.

5. The Parties stipulate that Advanced Solution's new deadline to respond to New Horizon's Answer, Counterclaims, and Third-Party Claim should be extended to **June 25, 2026**.

6. Based on counsel for New Horizon's travel plans in July, the Parties stipulate that New Horizon's new deadline to reply to Advanced Solution's response to New Horizon's Motion for Partial Dismissal should be extended to **July 27, 2026**.

7. The Parties stipulate that, in the event Advanced Solution files a motion in response to New Horizon's Counterclaim, New Horizon's deadline to file its response to the motion should be extended to **July 27, 2026**.

8. This is the Parties' first request to extend these deadlines. The requested extension is sought in good faith and not for purposes of delay. Advanced Solution and New Horizon seek these extensions to allow the Parties additional time to prepare their respective filings, which are substantive, deal with multiple claims and counterclaims, and are potentially dispositive.

DATED: June 4, 2026

**FOLEY & LARDNER LLP**
*/s/ Robert Stewart*
Robert T. Stewart
*Attorney for Plaintiff*

**JENNINGS & FULTON, LTD**
Adam Fulton
*Designated Nevada counsel only for Plaintiff*

**WILEY PETERSEN LAW OFFICES**
*/s/ Jonathan D. Blum*
Jonathan D. Blum
*Attorney for Defendant*

**IT IS SO ORDERED:**

DATED:  June 4, 2026

UNITED STATES MAGISTRATE JUDGE