GARMAN TURNER GORDON LLP
DYLAN CICILIANO
Nevada Bar No. 12348
Email: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone: (725) 777-3000
Facsimile: (725) 777-3112
*Attorneys for Third-Party Defendant*
*Omeza Holdings, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADVANCED SOLUTION, LLC, a Pennsylvania Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>NEW HORIZON MEDICAL SOLUTIONS, LLC,<br>a Nevada Limited Liability Company,<br><br>Defendant.<br><br>ALL RELATED MATTERS | CASE NO.: 2:26-CV-00958-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THIRD-PARTY DEFENDANT OMEZA HOLDINGS, INC. TO FILE ANSWER TO THIRD-PARTY COMPLAINT**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Third-Party Plaintiff New Horizon Medical Solutions, LLC ("New Horizon") and Third-Party Defendant Omeza Holdings, Inc. ("Omeza"), by and through their respective counsel of record, hereby stipulate and agree, subject to this Court's approval, to extend the deadline for Omeza to answer or otherwise respond to New Horizon's Third-Party Complaint [ECF No. 11] from June 23, 2026 to July 14, 2026.

On May 21, 2026, New Horizon filed its Answer, Counterclaim, and Third-Party Claim Against Omeza Holdings, Inc. *See* ECF No. 11. Omeza's deadline to answer or otherwise respond to the Third-Party Complaint is currently June 23, 2026. Omeza retained lead counsel at the firm Armstrong & Bradylyons PLLC, in Washington, D.C. on or about June 10, 2026, and Garman Turner Gordon LLP was retained as its Nevada local counsel on or about June 16, 2026.  Counsel at Armstrong & Bradylyons PLLC are in the process of seeking admission *pro hac vice* before this

Garman Turner Gordon
LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1 of 3

court. The requested three-week extension will afford Omeza's recently-retained counsel adequate time to investigate the allegations of the Third-Party Complaint and to prepare an appropriate response, and will further permit lead counsel move for admission *pro hac vice*.  For ease of scheduling for the parties and for this Honorable Court, the parties stipulated to a three-week extension for Omeza to answer or otherwise respond.  This is the first request to extend Omeza's deadline to respond to the Third-Party Complaint. This request is made in good faith and not for purposes of delay.

Dated this 22nd day of June 2026.

WILEY PETERSEN

*/s/ Jonathan D. Blum*
JONATHAN D. BLUM
Nevada Bar No. 9515
10000 West Charleston Blvd., Ste. 230
Las Vegas, Nevada 89135
*Attorneys for New Horizon Medical Solutions, LLC*

Dated this 22nd day of June 2026.

GARMAN TURNER GORDON LLP

*/s/ Dylan T. Ciciliano*
DYLAN T. CICILIANO
Nevada Bar No. 12348
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Third-Party Defendant Omeza Holdings, Inc.*

### ORDER

Considering the foregoing Stipulation between counsel, and with good cause appearing, the deadline for Third-Party Defendant Omeza Holdings, Inc. to answer or otherwise respond to the Third-Party Complaint (ECF No. 11) is extended to July 14, 2026.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
Dated: June 23, 2026

Garman Turner Gordon
LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2 of 3