**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADVANCED SOLUTION LLC, | Case No.: 2:26-cv-00958-APG-EJY |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| NEW HORIZON MEDICAL SOLUTIONS, LLC, | |
| Defendant | |
| AND ALL RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS | |

I ORDER that third-party defendant Omeza Holdings, Inc.'s certificate of interested parties (ECF No. 23) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify Omeza's citizenship for diversity purposes as required by that rule.

I FURTHER ORDER third-party defendant Omeza Holdings, Inc.to file a proper certificate of interested parties by July 8, 2026.

DATED this 24th day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE