Robert T. Stewart (Nevada Bar No. 13770)
**FOLEY & LARDNER LLP**
95 South State Street, Suite 2500
Salt Lake City, Utah 84111
Tel: (801) 401-8900
Fax: (385) 799-7576
rtstewart@foley.com

*Attorneys for Plaintiff Advanced Solution LLC*

Adam Fulton (Nevada Bar No. 11572)
**JENNINGS & FULTON, LTD**
2580 Sorrel Street
Las Vegas, NV 89146
Phone: (702) 979-3565
Fax: (702) 362-2060
afulton@jfnvlaw.com

*Designated Nevada counsel only for Plaintiff pursuant to LR IA 11-1(b)(2)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADVANCED SOLUTION LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEW HORIZON MEDICAL SOLUTIONS, LLC,<br><br>Defendant. | Case No. 2:26-cv-00958-APG-EJY<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE DISCOVERY PLAN/SCHEDULING ORDER**<br><br>**(First Request)** |
| NEW HORIZON MEDICAL SOLUTIONS, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>ADVANCED SOLUTION, LLC,<br><br>Counterdefendant. | |
| NEW HORIZON MEDICAL SOLUTIONS, LLC<br><br>Third Party Plaintiff,<br>vs.<br><br>OMEZA HOLDINGS, INC.,<br><br>Third Party Defendant. | |

Pursuant to Local Rule IA 6-1, Plaintiff Advanced Solution LLC ("Advanced Solution") and Defendant New Horizon Medical Solutions, LLC ("New Horizon") stipulate to extend the deadline to file the Discovery Plan/Scheduling Order as follows:

1. On June 4, 2026, the Court granted New Horizon and Advanced Solution's Joint Stipulation to Extend Time to File Responses, Motions, and Replies.  (ECF No. 17).

2. That stipulation extended Advanced Solution's deadline to respond to New Horizon's Motion for Partial Dismissal to June 18, 2026.

3. That stipulation also extended Advanced Solution's deadline to respond to New Horizon's Answer, Counterclaims, and Third-Party Claim to June 25, 2026.

4. That stipulation also extended New Horizon's deadline to reply to Advanced Solution's response to New Horizon's Motion for Partial Dismissal to July 27, 2026.

5. That stipulation also, in the event Advanced Solution filed a motion in response to New Horizon's Counterclaim, extended New Horizon's deadline to file its response to the motion to July 27, 2026.

6. On June 18, 2026, Advanced Solution filed its response to New Horizon's Motion for Partial Dismissal.  (ECF No. 20.)

7. On June 23, 2026, the Court granted the Stipulation and Order to Extend the Deadline for Third-Party Defendant Omeza Holdings, Inc. to file a response to New Horizon's Third-Party Complaint.  (ECF No. 22.)

8. That stipulation extended Omeza's deadline to answer or otherwise respond to New Horizon's Third-Party Complaint to July 14, 2026.

9. On June 25, 2026, Advanced Solution filed a motion to dismiss in response to New Horizon's Counterclaims.

10. The deadline to file the Discovery Plan/Scheduling Order is currently July 6, 2026.

11. Advanced Solution and New Horizon hereby stipulate that the deadline to file the Discovery Plan/Scheduling Order should be extended to **July 28, 2026**.

12. The reason for this stipulated extension is that it is anticipated that Omeza will file a response to New Horizon's Third-Party Complaint and thereby substantively appear in the case on or before July 14, 2026.  (*See* ECF No. 22.).  Thus, this stipulated extension is intended to afford all parties, including Omeza, the opportunity to appear in the case and participate in the Rule 26(f) conference and thereafter jointly submit a proposed discovery plan by July 28, 2026.

13.     This is the first request to extend the deadline to file the Discovery Plan/Scheduling Order. As explained above, the requested extension is sought in good faith and not for purposes of delay.

DATED: July 2, 2026

**FOLEY & LARDNER LLP**

*/s/ Robert Stewart*
Robert T. Stewart
*Attorney for Plaintiff*

**JENNINGS & FULTON, LTD**
Adam Fulton
*Designated Nevada counsel only for Plaintiff pursuant to LR IA 11-1(b)(2)*

**WILEY PETERSEN LAW OFFICES**

*/s/ Jonathan D. Blum*
Jonathan D. Blum
*Attorney for Defendant*

**IT IS SO ORDERED:**

DATED: <u>July 3, 2026</u>

UNITED STATES MAGISTRATE JUDGE