Robert T. Stewart (Nevada Bar No. 13770)
**FOLEY & LARDNER LLP**
95 South State Street, Suite 2500
Salt Lake City, Utah 84111
Tel: (801) 401-8900
Fax: (385) 799-7576
rtstewart@foley.com

*Attorneys for Plaintiff Advanced Solution LLC*

Adam Fulton (Nevada Bar No. 11572)
**JENNINGS & FULTON, LTD**
2580 Sorrel Street
Las Vegas, NV 89146
Phone: (702) 979-3565
Fax: (702) 362-2060
afulton@jfnvlaw.com

*Designated Nevada counsel only for Plaintiff pursuant to LR IA 11-1(b)(2)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ADVANCED SOLUTION LLC,

Plaintiff,

vs.

NEW HORIZON MEDICAL SOLUTIONS, LLC,

Defendant.

---

NEW HORIZON MEDICAL SOLUTIONS, LLC,

Counterclaimant,

vs.

ADVANCED SOLUTION, LLC,

Counterdefendant.

---

NEW HORIZON MEDICAL SOLUTIONS, LLC

Third Party Plaintiff,

vs.

OMEZA HOLDINGS, INC.,

Third Party Defendant.

Case No. 2:26-cv-00958-APG-EJY

**JOINT STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO STRIKE OR, IN THE ALTERNATIVE, MOTION TO DISMISS**

**(First Request)**

Pursuant to Local Rule IA 6-1, Plaintiff Advanced Solution LLC and Defendant New Horizon Medical Solutions, LLC stipulate to extend the deadline for Advanced Solution to file its reply in support of its motion to strike or, in the alternative, motion to dismiss Advanced Solution's counterclaims as follows:

1. On June 25, 2026, Advanced Solution filed its motion to strike or, in the alternative, motion to dismiss New Horizon's counterclaims. (*See* ECF Nos. 25, 26.)

2. On July 27, 2026, New Horizon filed its response to Advanced Solution's motion to strike or, in the alternative, motion to dismiss. (*See* ECF No. 36.)

3. The current deadline under Local Rule 7-2(b) for Advanced Solution to file its reply is August 3, 2026.

4. Advanced Solution and New Horizon hereby stipulate to extend the deadline for Advanced Solution to file its reply to **August 7, 2026**.

5. The reason for this stipulation is to provide Advanced Solution and its counsel with additional time to prepare the reply given counsel's scheduling constraints in other matters.

6. This is the first stipulation to extend the reply deadline, and this extension is sought in good faith and not for purposes of delay.

DATED: August 1, 2026

**FOLEY & LARDNER LLP**

*/s/ Robert T. Stewart*
Robert T. Stewart
*Attorney for Plaintiff*

**JENNINGS & FULTON, LTD**
Adam Fulton
*Designated Nevada counsel only for Plaintiff pursuant to LR IA 11-1(b)(2)*

**WILEY PETERSEN LAW OFFICES**

*/s/ Jonathan D. Blum (with permission)*
Jonathan D. Blum
*Attorney for Defendant*

IT IS SO ORDERED:

Dated: August 3, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE